# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re: )

)
STAR MOUNTAIN RESOURCES, )
f/d/b/a Jameson Stanford Resources Corp., )
f/d/b/a MyOtherCountryClub.com )

)

)

)
Debtor )

)

CASE NO.  2:18-bk-01594-DPC

**BUSINESS AND INDUSTRY
MONTHLY OPERATING REPORT**

MONTH OF April 2019

DATE PETITION FILED:  2/21/2018

TAX PAYER ID NO. :  90-0963619

Nature of Debtor's Business: __Junior mining reserve development__

DATE DISCLOSURE STATEMENT  FILED  6/21/2018 TO BE FILED

DATE PLAN OF REORGANIZATION  FILED  6/21/2018 TO BE FILED

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

RESPONSIBLE PARTY:

ORIGINAL SIGNATURE  OF RESPONSIBLE PARTY

Mark Osterberg
PRINTED NAME  OF RESPONSIBLE PARTY

President/COO
TITLE

5/7/19
DATE

PREPARER:

ORIGINAL SIGNATURE OF PREPARER

Donna S Moore
PRINTED NAME OF PREPARER

Interim CFO
TITLE

5/7/19
DATE

PERSON TO CONTACT REGARDING THIS REPORT: Donna S Moore

PHONE NUMBER: 480-567-9787 X 3

ADDRESS: 605 W Knox Rd., Suite 102, Tempe, AZ  85284

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT

| Case Number: | 2:18-bk-01594-DPC |
|---|---|

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| | Cash | Operating | Payroll | Tax | Total |
| | | # | # | # | |
| Balance at Beginning of Period | | 509.32 | | | 509.32 |
| **RECEIPTS** | | | | | |
| Cash Sales | | | | | |
| Accounts Receivable | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| | | | | | |
| Other  (attach list) | | | | | |
| | | | | | |
| TOTAL RECEIPTS | | | | | |
| **DISBURSEMENTS** | | | | | |
| Business - Ordinary Operations | | 10.00 | | | 10.00 |
| Capitol Improvements | | | | | |
| Pre-Petition Debts | | | | | |
| Transfers to Other DIP Accounts | | | | | |
| Other  (attach list) | | | | | |
| | | | | | |
| | | | | | |
| Reorganization Expenses: | | | | | |
| Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| | | | | | |
| TOTAL DISBURSEMENTS | | 10.00 | | | 10.00 |
| Balance at End of Month | | 499.32 | | | 499.32 |

*Information provided above should reconcile with balance sheet and income statement amounts

| **DISBURSEMENTS FOR CALCULATING QUARTERLY FEES:** | |
|---|---|
| Total Disbursements From Above | 10.00 |
| **Less**: Transfers to Other DIP Accounts | |
| **Plus**: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; related parties; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | 10.00 |

# INCOME STATEMENT
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | | | |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | 2,778.85 | 9,483.27 | 242,505.07 |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | 2,778.85 | 9,483.27 | 242,505.07 |

| Income Before Non-operating Income and Expense | (2,778.85) | (9,483.27) | (242,505.07) |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | 0.00 | 0.00 | 1,005,616.21 |
| Other Expense (attach list) | (223,944.13) | (1,290,788.65) | (3,415,086.39) |
| Interest Expense | (11,465.76) | (45,863.03) | (165,489.31) |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | (235,409.89) | (1,336,651.68) | (2,574,959.49) |

| Income Before Reorganization Expense | (238,188.74) | (1,346,134.95) | (2,817,464.56) |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | 0.00 | 0.00 | 235,893.27 |
| U.S. Trustee Fees | 325.00 | 975.00 | 3,575.00 |
| Other (attach list) | 0.00 | 0.00 | 286.85 |
| Total Reorganization Expenses | 325.00 | 975.00 | 239,755.12 |

| Income Tax | 0.00 | 0.00 | 253.46 |
|---|---|---|---|

| NET PROFIT OR (LOSS) | (238,513.74) | (1,347,109.95) | (3,057,473.14) |
|---|---|---|---|

Page 3

# INCOME STATEMENT
## LINE ITEM DETAIL - ACCRUAL BASIS

| GENERAL & ADMINISTRATIVE | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Professional Fees - Legal | 0.00 | 2,012.57 | 128,378.46 |
| Professional Fees - Accounting | 0.00 | 0.00 | 13,250.00 |
| Professional Fees - Consulting | 0.00 | 0.00 | 17,500.00 |
| Bank Service Charges | 10.00 | 49.00 | 249.00 |
| Computer/Internet Expenses | 0.00 | 0.00 | 938.15 |
| Dues & Subscriptions | 0.00 | 1,500.00 | 6,793.24 |
| Filing Fees | 0.00 | 99.00 | 1,299.00 |
| Insurance - D&O | 0.00 | 0.00 | 51,136.35 |
| Payroll Tax | 0.00 | 0.00 | (211.55) |
| Postage | 0.00 | 0.00 | 0.00 |
| Public Company Expenses | 2,268.85 | 3,822.70 | 8,838.70 |
| Rent - Imputed | 500.00 | 2,000.00 | 7,250.00 |
| Office Supplies | 0.00 | 0.00 | 43.24 |
| Travel | 0.00 | 0.00 | 6,541.30 |
| | 2,778.85 | 9,483.27 | 242,005.89 |

### OTHER INCOME

| | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Investment Market Valuation Adjustment - Gain | 0.00 | 0.00 | 1,005,616.21 |
| Interest Income | 0.00 | 0.00 | 0.83 |
| | 0.00 | 0.00 | 1,005,617.04 |

### OTHER EXPENSE

| | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Investment Market Valuation Adjustment - Loss | (223,944.13) | (1,290,788.65) | (3,415,086.39) |

### REORGANIZATION EXPENSE

| | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| NOBO/OBO List | 0.00 | 0.00 | 216.11 |

# COMPARATIVE BALANCE SHEET
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | 256,746.16 | 499.32 | 508.32 |
| Restricted Cash | | | |
| Total Cash | 256,746.16 | 499.32 | 508.32 |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | 1,025,000.00 | 1,025,000.00 | 1,025,000.00 |
| Prepaid Expenses | 211,092.87 | 3,000.00 | |
| Other (attach list) | 3,512,416.53 | 1,102,946.35 | 1,326,890.48 |
| Total Current Assets | 5,005,255.56 | 2,131,445.67 | 2,352,398.80 |
| Property, Plant & Equipment | | | |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | 3,000.00 | | |
| Other (attach list) | | | 0.00 |
| TOTAL ASSETS | 5,008,255.56 | 2,131,445.67 | 2,352,398.80 |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | 13,913.57 | 8,319.72 |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | 0 | 13,913.57 | 8,319.72 |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | 2,187,952.31 | 2,347,452.00 | 2,335,986.24 |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | 2,187,952.31 | 2,347,452.00 | 2,335,986.24 |
| TOTAL LIABILITIES | 2,187,952.31 | 2,361,365.57 | 2,344,305.96 |
| EQUITY | | | |
| Pre-petition Owner's Equity | 2,820,303.25 | 2,820,303.25 | 2,820,303.25 |
| Post-Petition Cumulative Profit/Loss | | (3,057,473.15) | (2,818,960.41) |
| Direct Charges to Equity (explain) | | 7,250.00 | 6,750.00 |
| Total Equity | 2,820,303.25 | (229,919.90) | 8,092.84 |
| TOTAL LIABILITIES & OWNER'S EQUIT | 5,008,255.56 | 2,131,445.67 | 2,352,398.80 |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

Page 4

# COMPARATIVE BALANCE SHEET
### LINE ITEM DETAIL - ACCRUAL BASIS

| ASSETS | SCHEDULE AMOUNT | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Other Current Assets | | | |
| Marketable Securities | 3,512,416.53 | 1,102,946.35 | 1,326,890.48 |
| Other Assets | | | |
| Surety Bond - State of Utah | 3,000.00 | | |

| EQUITY | | | |
|---|---|---|---|
| Direct Charges - Imputed Rent | | 7,250.00 | 6,750.00 |

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | | | | |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | |

| INVENTORY | |
|---|---|
| Beginning Inventory | |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Ending Inventory | |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT BOOK AMOUN |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | | | | |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | | | | |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

Page 5

## STATUS OF LIABILITIES
## AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | 13,913.57 | 6,040.85 | 2,459.57 | 772.00 | 4,641.15 |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| Total Post-Petition Liabilities | 13,913.57 | 6,040.85 | 2,459.57 | 772.00 | 4,641.15 |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| Joseph Marchal | Travel for Bankruptcy Hearings | | 5,870.34 |
| Mark Osterberg | Travel for Bankruptcy Hearings | | 670.96 |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| Fennemore Craig | 11/29/2018 | 9,441.00 | 0.00 | 82,932.27 |
| Dickson Wright PLLC | 12/14/2018 | 70,558.00 | 0.00 | 146,293.00 |
| | | | | |
| | | | | |
| Total Payments to Professionals | | | 0.00 | 229,225.27 |

Page 6

**STAR MOUNTAIN RESOURCES, INC.**
**ACCOUNTS PAYABLE LISTING - POST PETITION**
**April 30, 2019**

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL | |
|---|---|---|---|---|---|---|---|
| Broadridge | 1,722.85 | 0.00 | 0.00 | 0.00 | 0.00 | 1,722.85 | Shareholder mailings to OBO list |
| Dill Dill Carr Stonbraker & Hutchings | 0.00 | 0.00 | 2,012.57 | 0.00 | 3,869.15 | 5,881.72 | Legal Counsel for Lawsuit in Colorado |
| Incorp | 99.00 | 0.00 | 0.00 | 0.00 | 0.00 | 99.00 | Registered agent annual fee |
| OTC Markets | 0.00 | 3,000.00 | 0.00 | 0.00 | 0.00 | 3,000.00 | Annual fee for OTC access |
| US Trustee Center | 0.00 | 325.00 | 0.00 | 325.00 | 325.00 | 975.00 | Bankruptcy Court Fees |
| VStock Transfer, LLC | 447.00 | 447.00 | 447.00 | 447.00 | 447.00 | 2,235.00 | Transfer Agent |
| TOTAL | 2,268.85 | 3,772.00 | 2,459.57 | 772.00 | 4,641.15 | 13,913.57 | |

# CASE STATUS

## QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? | | x |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | | x |
| Are any wages past due? | | x |
| Are any U. S. Trustee quarterly fees delinquent? | | x |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

_____

_____

_____

Current number of employees: _____ 0

### INSURANCE

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| XL Specialty Insurance Co. ELU147370-16 | D&O | 11/19/17 - 11/19/18 | Expired in November |
| | | | |
| | | | |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

_____

_____

_____

**Identify any matters that are delaying the filing of a plan of reorganization:**

_____

_____

_____

Page 7

# DISBURSEMENT DETAIL

**Month:** Apr-19

**Account #** 4868

**Bank Name** Wells Fargo

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| 4/30/2019 | Wells Fargo | Bank service fees | 10.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | 10.00 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | 0.00 |
| Total checks listed on continuation pages | | | | |

| | |
|---|---|
| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 10.00 |

# Wells Fargo Simple Business Checking

Account number: ■■■■4868 ■ April 1, 2019 - April 30, 2019 ■ Page 1 of 3



STAR MOUNTAIN RESOURCES, INC
DEBTOR IN POSSESSION
CH 11 CASE #18-01594 (AZ)
605 W KNOX RD STE 102
TEMPE AZ 85284-3804

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online: wellsfargo.com/biz*

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $509.32 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 10.00 |
| **Ending balance on 4/30** | **$499.32** |
| Average ledger balance this period | $501.65 |

Account number: **5130704868**

**STAR MOUNTAIN RESOURCES, INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE #18-01594 (AZ)**
*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278
For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(38)
Sheet Seq = 0060758




---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/8 | | Direct Pay Monthly Base | | 10.00 | 499.32 |
| Ending balance on 4/30 | | | | | 499.32 |
| **Totals** | | | **$0.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2019 - 04/30/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $502.00 ☑ |
| C1/C1 | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# IMPORTANT ACCOUNT INFORMATION

Effective June 24, 2019, the cash deposited fee will be renamed to cash deposit processing fee. There is no change to the amount of cash you can deposit to your account each month at no charge. In addition, the fee assessed for exceeding the amount of cash deposited each month with no fee will remain the same. To review the amount of cash deposits processed each month with no fee and any cash deposit processing fees, please refer to Cash Deposited Information in the "Account transaction fees summary" section of your statement.

If you have questions, please contact your local banker or call the phone number listed at the top of your statement. We appreciate your business and look forward to continuing to serve your financial needs.



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $

**ADD**

**B.** Any deposits listed in your          $
register or transfers into          $
your account which are not          $
shown on your statement.          + $

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801