SO ORDERED.

Dated: January 29, 2020

Daniel P. Collins, Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STAR MOUNTAIN RESOURCES, INC.,<br><br>Debtor. | Proceedings under Chapter 11<br><br>Case No. 2:18-bk-01594-DPC |
| EDWARD BROGAN and JANE DOE BROGAN, husband and wife; DONALD SUTHERLAND and JANE DOE SUTHERLAND, husband and wife; JOSEPH HAMILTON MARCHAL and JANE DOE MARCHAL, husband and wife; MARK OSTERBERG and JANE DOE OSTERBERG, husband and wife; WAYNE RICH and JANE DOE RICH, husband and wife,<br><br>Movants,<br><br>v.<br><br>JARED PARKER, in his capacity as Plan Trustee for the Star Mountain Plan Trust,<br><br>Respondent. | **ORDER GRANTING MOTION FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY TO D&O POLICY PROCEEDS, OR IN THE ALTERNATIVE, MOTION TO MODIFY AND TERMINATE THE AUTOMATIC STAY WITH RESPECT TO D&O POLICY PROCEEDS** |

Upon consideration of the "Motion for Order Confirming that the Automatic Stay Does Not Apply to D&O Policy Proceeds, or in the Alternative, Motion to Modify and Terminate the Automatic Stay with Respect to D&O Policy Proceeds" (the "Motion") filed by Edward Brogan and Jane Doe Brogan, Donald Sutherland and Jane Doe Sutherland, Joseph Hamilton Marchal and Jane Doe Marchal, Mark Osterberg and Jane Doe Osterberg, and Wayne Rich and Jane Doe Rich (collectively, the "Movants") requesting an order: (i) confirming that the automatic stay provisions of 11 U.S.C. §

362(a) do not apply to proceeds under a D&O policy, so that the Movants may draw on them and defend against a lawsuit, or in the alternative, (ii) modifying and terminating the automatic stay provisions of 11 U.S.C. § 362(a) to allow the Movants to draw on the proceeds under the D&O policy to fund their defense; and for good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

A. The Motion is GRANTED in its entirety;

B. With respect to the D&O policy proceeds:

- ☐ The automatic stay provisions of 11 U.S.C. § 362(a) do not apply to the proceeds under the D&O policy issued by XL Specialty Insurance Company to Star Mountain Resources, Inc., Policy No. ELU147370-16 (the "D&O Policy"), as they are not property of the estate, and the Movants may draw upon the D&O Policy proceeds as needed; OR in the alternative,

- ☐ The automatic stay provisions of 11 U.S.C. § 362(a) are hereby modified and terminated as they relate to the proceeds under the D&O Policy, and the Movants may draw upon the proceeds under the D&O Policy as needed to prevent any loss, including legal costs and fees.

**DATED AND SIGNED ABOVE.**

4826-6045-8931.1